UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**KAY YANG,**

    Plaintiff,

    v.                                                Case No. 22-CV-1439-SCD

**US BANK NATIONAL ASSOCIATION,
SELECT PROTFOLIO SERVICING,
PARKSIDE LENDING, MARINOSCI
LAW GROUP, SARA SCHMELING,
CHRISTIAN THOMAS, STEVEN M
CAIN, THOMAS BRITTAIN,
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS,
COUNTY OF OZAUKEE,**

    **Defendants.**

## REPORT AND RECOMMENDATION

On December 2, 2022, Kay Yang filed a *pro se* complaint against various parties alleging the unlawful taking of her property without due process. *See* ECF No. 1. On June 22, 2023, I ordered Plaintiff to show cause within twenty-one days why this action should not be dismissed for lack of service. *See* ECF No. 3. Plaintiff did not respond within the designated timeframe. As such, I recommend that this case be dismissed for Yang's failure to respond. Because not all parties have had the opportunity to consent to magistrate-judge jurisdiction, I cannot "resolve the case finally." *See Coleman v. Labor & Indus. Review Comm'n*, 860 F.3d 461, 475 (7th Cir. 2017). Accordingly, the clerk of court is directed to randomly assign this case to a district judge for consideration of the following recommendations: that this action be dismissed, and judgment be entered accordingly.

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 72(b)(2), and E.D. Wis. Gen. L. R. 72(c), whereby written objections to any recommendation herein, or part thereof, may be filed within fourteen days of service of this recommendation. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Failure to file a timely objection with the district judge shall result in a waiver of your right to appeal. If no response or reply will be filed, please notify the court in writing.

**SO ORDERED** this 7th day of August, 2023.

STEPHEN C. DRIES
United States Magistrate Judge