UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**KAY YANG,**

    **Plaintiff,**

  v.                                    Case No. 22-C-1439

**U.S. BANK NATIONAL ASSOCIATION,**
et al.,

    **Defendants.**

---

## ORDER

On August 7, 2023, Magistrate Judge Stephen C. Dries issued a decision recommending that this case be dismissed without prejudice for lack of service. The decision was served on plaintiff that same day. Under 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b)(2), and General Local Rule 72(c), plaintiff had 14 days to file a written objection to the order. That time has expired without plaintiff's filing an objection. For this reason, I will accept the recommendation in full.

**THEREFORE, IT IS ORDERED** that Magistrate Judge Dries's Report and Recommendation is **ACCEPTED**. For the reasons stated in the report and recommendation, this case is **DISMISSED WITHOUT PREJUDICE** for lack of service. The Clerk of Court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 23rd day of August, 2023.

                                              /s/ Lynn Adelman
                                              LYNN ADELMAN
                                              District Judge